UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JUDGMENT IN A CIVIL CASE

**LORETTA GLENN,**
       **Plaintiff,**

v.               Case No. 08-2624-JAR

**AMERICAN RESOURCE**
**RECEIVABLES, INC.**
       **Defendants.**

  The Court conducted a hearing on the issue of damages on April 20, 2009, on the plaintiff's Motion for Default Judgment (doc. 13).  On June 11, 2009, the plaintiff filed a Motion and Memorandum for Order of Judgment Including Attorney's Fees and Costs (doc. 15).

  IT IS ORDERED AND ADJUDGED, pursuant to the Memorandum and Order entered in this matter on May 19, 2009 (doc. 14), that judgment is hereby entered in favor of plaintiff Loretta Glenn against American Resource Receivables, Inc. for an actual damages award in the amount of $2500, plus an additional damages award of $1000, for a total damages award of $3500.

  IT IS FURTHER ORDERED AND ADJUDGED, pursuant to the Memorandum and Order entered on June 11, 2009 (doc. 17), that judgment is hereby entered in favor of plaintiff Loretta Glenn against American Resource Receivables, Inc. for attorney's fees in the amount of $2350.

  Dated: June 29, 2009

              TIMOTHY M. O'BRIEN, CLERK

              S/ Monice K. Crawford
              Deputy Clerk